**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-7269**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL J. SINDRAM,

Defendant - Appellant.

———————————

**No. 05-7336**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL J. SINDRAM,

Defendant - Appellant.

———————————

**No. 05-7478**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL J. SINDRAM,

                                         Defendant - Appellant.

                    ─────────────────

Appeals from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CR-96-111)

                    ─────────────────

Submitted:  November 21, 2005      Decided:  February 14, 2006

                    ─────────────────

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

                    ─────────────────

Affirmed by unpublished per curiam opinion.

                    ─────────────────

Michael J. Sindram, Appellant Pro Se.  Tamera Lynn Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Hollis Raphael Weisman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

                    ─────────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Michael J. Sindram appeals district court orders denying his motions for modification and clarification, reconsideration and for appropriate relief.  We have reviewed the record and the district court orders and affirm on the reasoning of the district court.  See United States v. Sindram, No. CR-96-111 (D. Md. Aug. 1, 2005; filed Aug. 12, 2005, entered Aug. 15, 2005; filed Sept. 6, 2005, entered Sept. 7, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED